**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DANNY FABRICANT,<br><br>            Plaintiffs,<br><br>      v.<br><br>DAVID SHINN, CHRISTOPHER GONZALES, and JOSUE CASTILLO,<br><br>            Defendants. | Case No. EDCV 19-0144-ODW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

DATED: October 19, 2022

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE